Exhibit 2

**Blockware Solutions LLC**

3800 N Lamar Blvd Ste 200
Austin, TX  78756
sales@blockwaresolutions.com
www.blockwaresolutions.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Mawson Bellefont LLC | Mawson Bellefont LLC | **INVOICE #** 4481 |
| 201 Clark Street | 201 Clark Street | **DATE** 01/10/2024 |
| Sharon, PA  16146 | Sharon, PA  16146 | **DUE DATE** 01/10/2024 |

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| Power Distribution Equipment - August Payment(#4) | 35,000.00 | 1 | 35,000.00 |
| Power Distribution Equipment - September Payment(#5) | 35,000.00 | 1 | 35,000.00 |
| Power Distribution Equipment - November Payment(#6) | 35,000.00 | 1 | 35,000.00 |
| Late Fee | 10,500.00 | 1 | 10,500.00 |

PAYMENT DUE DATE
Payment must be made prior to order placement.
Invoice expires within 7 days.

**BALANCE DUE**          **$115,500.00**

BANK DETAILS:
Bank Name:
Recipient Name:
Account Number:
Routing Number:
Bank Address: