# CLARK WHITSETT

ATTORNEY AT LAW

66-05 WOODHAVEN BOULEVARD

REGO PARK, NEW YORK 11374

TEL (718) 850-0003

FAX (718) 850-0004

E-MAIL: CLARK@WHITSETTLAW.COM

Admitted in New York and Connecticut

May 14, 2024

Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:     LETTER MOTION ON CONSENT OF PLAINTIFF
<u>Blockware Solutions LLC v. Mawson Bellefonte LLC, et. al.,</u>
Case No:    1:24-cv-02976

Dear Judge Liman:

The undersigned is counsel for Defendants, Mawson Bellefonte LLC and Mawson Infrastructure Group, Inc. In accordance with Local Rule 7.1(d) Defendants respectfully submit this letter motion for an extension of time to answer or otherwise respond to the Plaintiff's complaint.

The extension of time is requested so that Defendants can fully investigate one or more allegations in the complaint and initiate negotiations with the Plaintiff.

Counsel for the Defendants has conferred with counsel for the Plaintiff and is authorized to represent that Plaintiff consents to the requested extension of time on the condition that Defendants waive the defense of lack of personal jurisdiction and accept service of process of the Summons and Complaint.

The Defendants hereby waive the defense of lack of personal jurisdiction and accept service of process of the Summons and Complaint.

The original deadline to answer or otherwise respond to the Plaintiff's complaint is May 15, 2024.

There has been no previous application for the relief requested herein. At present, there are no scheduled appearances before the Court.

The Defendants respectfully request the deadline to answer or otherwise respond to the Plaintiff's complaint be extended thirty (30) days, to June 14, 2024.

        Respectfully submitted,

        /s/ Clark A. Whitsett
        Clark A. Whitsett

        SDNY Bar ID:  CW6532

        *Counsel for Defendants*
        Mawson Bellefonte LLC and
        Mawson Infrastructure Group., Inc.

cc:

VIA ELECTRONIC FILING

BAUMAN LAW GROUP, P.C.
141 Parkway Road, Suite 9
Bronxville, New York 10708

Attn. Timothy C. Bauman
tbauman@baumanlawgroup.com