```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
Blockware Solutions, LLC,                                      :
                                                               :
                        Plaintiff,                             :
                                                               :        24-cv-2976 (LJL)
        -v-                                                    :
                                                               :           ORDER
Mawson Bellefonte LLC and Mawson Infrastructure                :
Group, Inc.                                                    :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On August 7, 2024, Plaintiff Blockware Solutions, LLC ("Plaintiff") filed a motion to amend/correct the complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Dkt. No. 24. Defendants Mawson Bellefonte LLC and Mawson Infrastructure Group, Inc. have not filed any opposition to Plaintiff's motion.

"Federal Rule of Civil Procedure 15(a) directs courts to 'freely give leave' to amend a complaint 'when justice so requires.'" *Spencer-Smith v. Ehrlich*, 2024 WL 3291803, at *3 (S.D.N.Y. July 3, 2024) (quoting Fed. R. Civ. P. 15(a)(2)). Plaintiff's motion to amend/correct the complaint is granted.

SO ORDERED.

Dated: August 23, 2024
       New York, New York                          _____
                                                          LEWIS J. LIMAN
                                                      United States District Judge