USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BLOCKWARE SOLUTIONS, LLC,                :
:
                Plaintiff,         :
:       24-cv-2976 (LJL)
      -v-                           :
:       ORDER
:
MAWSON BELLEFONTE LLC AND MAWSON         :
INFRASTRUCTURE GROUP, INC.               :
:
                Defendants.        :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On February 19, 2025, Plaintiff filed a letter motion seeking a stay of this action in its entirety until either Plaintiff is granted relief from the automatic bankruptcy stay as to Mawson Infrastructure Group, Inc. or the automatic stay is otherwise lifted. Dkt. No. 36. On February 20, 2025, the Court ordered Defendants to show cause by February 27, 2025, why the Court should not issue such a stay. Dkt. No. 37. Defendants have not responded to the order to show cause.

Plaintiff's motion for a stay is granted. The parties shall inform the Court within fourteen days of the date on which Plaintiff is granted relief from the automatic bankruptcy stay as to Mawson Infrastructure Group, Inc. or the automatic stay is otherwise lifted.

The Clerk of Court is respectfully directed to close Dkt. No. 36 and to stay this case.

SO ORDERED.

Dated: February 28, 2025
      New York, New York                     _____
                                                         LEWIS J. LIMAN
                                                          United States District Judge